Date 1/26/15

TO: Fourth Court Of Appeals

Fourth Court Of Appeals District

Cadena-Reeves Justice Center

300 Delorosa, Suite 3200

San Antonio Texas, 78205-3037

Honorable Judge LittleJohn

Re; Court Of Appeals Number:04-14-00785-CV

Trial Court Case2011-CI-15957

Maryann Castro

V.

Manuel Castro

## Motion Sought relief due to Mistake of Counsel/Fraud on Community

Here Comes Appellant MaryAnn Castro supported by evidence of fraud committed on the Community 1501 Olive, Jourdanton.

Appellant Maryann Castro counsel at the time Agreement For Final Divorce was signed 10/30/2013, Attorney Dinorah Diaz misled, misrepresented Appellant Maryann Castro in the Agreement for Final Divorce Signed 10/30/2013.

Attorney Dinorah Diaz Accepted a Comparative Market Analysis-it says not to be used as an Appraisal.

Attorney Dinorah Diaz Accepted a money Agreement knowing Appellee Manuel Castro was in Active Bankruptcy and the stay was not lifted at the time of Signing Agreement for Final Divorce 10/30/2013.

Attorney Dinorah Diaz and Attorney Joseph Appelt both committed a malpractice when Both Attorneys Proceeded a Divorce, Agreement for Final Divorce, knowing the bankruptcy was not dismissed and hid this fact in the Agreement for Final Divorce signed Oct 30, 2013.

**Appellant MARYANN CASTRO PRAYS COURT** Grants her relief on Agreement for Final Divorce signed Oct 30, 2013.

*Maryann Castro*    sent 1/26/15

Maryann Castro-Pro Se Appellant

1501 Olive

Jourdanton Texas, 78026

830-496-0133

PacAttitude2014@gmail.com

Date 1/26/15

TO: Fourth Court Of Appeals

Fourth Court Of Appeals District

Cadena-Reeves Justice Center

300 Delorosa, Suite 3200

San Antonio Texas, 78205-3037

Honorable Judge LittleJohn

Re; Court Of Appeals Number:04-14-00785-CV

Trial Court Case2011-CI-15957

Maryann Castro

V.

Manuel Castro



## Motion Sought relief due to Mistake of Counsel/Fraud on Community

Here Comes Appellant MaryAnn Castro supported by evidence of fraud committed on the Community 1501 Olive, Jourdanton.

Appellant Maryann Castro counsel at the time Agreement For Final Divorce was signed 10/30/2013, Attorney Dinorah Diaz  misled, misrepresented Appellant Maryann Castro in the Agreement for Final Divorce Signed 10/30/2013.

Attorney Dinorah Diaz Accepted a Comparative Market Analysis-it says not to be used as an Appraisal.

Attorney Dinorah Diaz Accepted a money Agreement knowing Appellee Manuel Castro was in Active Bankruptcy and the stay was not lifted at the time of Signing Agreement for Final Divorce 10/30/2013.

Attorney Dinorah Diaz and Attorney Joseph Appelt both committed a malpractice when Both Attorneys Proceeded a Divorce, Agreement for Final Divorce, knowing the bankruptcy was not dismissed and hid this fact in the Agreement for Final Divorce signed Oct 30, 2013.

**Appellant MARYANN CASTRO PRAYS COURT Grants her relief on Agreement for Final Divorce signed Oct 30, 2013.**

*Maryann Castro*

Sent 1/26/15

**Maryann Castro-Pro Se Appellant**

**1501 Olive**

**Jourdanton Texas, 78026**

**830-496-0133**

**PacAttitude2014@gmail.com**

Maryann Costa
1501 Olive
Jourdanton TX 78026

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 JAN 29 AM 11: 34

Keith E. Hottle
KEITH E. HOTTLE, CLERK

Fourth Court of Appeals
Fourth Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, TX
78205-3037

SAN ANTONIO TX 782
RIO GRANDE DISTRICT
27 JAN 2015 PM 4 L

RUDOLPH
FOREVER USA